UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| **HECTOR OJEDA,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| § | |
| v. § | CASE NO: 3:18-cv-00180-KC |
| § | |
| § | |
| **DYNAMIC RECOVERY SOLUTIONS, LLC,** § | |
| § | |
| § | |
| *Defendant.* § | |

## STIPULATION OF EXTENSION OF TIME TO ANSWER OR RESPOND

1. Plaintiff Hector Ojeda ("Plaintiff") and Defendant Dynamic Recovery Solutions, LLC. ("Defendant") file this stipulation extending the time by which the Defendant must answer or otherwise respond to Plaintiff's Complaint.

2. Plaintiff has agreed to extend the deadline for the Defendant to answer or respond to Plaintiff's Complaint and shall have up to and including September 28, 2018, to answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

Dated: September 4, 2018.                                    Respectfully submitted,

**MALONE AKERLY MARTIN PLLC**                                **ZEMEL LAW LLC**

*/s/* Robbie Malone                                          /s/ Daniel Zemel
ROBBIE MALONE                                                DANIEL ZEMEL
State Bar No. 12876450                                       ZEMEL LAW LLC
Email: rmalone@mamlaw.com                                    1373 Broad Street, Suite 203-C
EUGENE XERXES MARTIN, IV                                     Clifton, New Jersey 07013
State Bar No. 24078928                                       T: (862) 227-3106
Email: xmartin@mamlaw.com                                    Email: DZ@zemellawllc.com
MALONE AKERLY MARTIN PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas   75231
TEL: (214) 346-2630
FAX: (214) 346-2631


*COUNSEL FOR DEFENDANT*                                      *COUNSEL FOR PLAINTIFF*


   I hereby certify that a true and correct copy of the above and foregoing has been forwarded **via CM/ECF**, on this 4th of September, 2018, to:

**Daniel Zemel**
Zemel Law LLC
1373 Broad Street, Suite 203-C
Clifton, NJ 07013
862-227-3106
Fax: 973-282-8603
Email: dz@zemellawllc.com

                                             */s/* Robbie Malone
                                             ROBBIE MALONE