## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | |
|---|---|
| HECTOR OJEDA, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   EP-18-CV-180-KC |
| | § |
| DYNAMIC RECOVERY SOLUTIONS, | § |
| | § |
| Defendant. | § |

### ORDER

On this day, the Court considered the parties' Joint Stipulation of Dismissal. ECF No. 43. Accordingly, it is **ORDERED** that this action is **DISMISSED** against Defendant with prejudice and without attorneys' fees and costs.

The clerk shall close the case.

**SO ORDERED**.

**SIGNED this 12th day of August, 2019.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE